LOUIS BILLS, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued May 13, 1873; decided May 21, 1873.)

THIS was an action to recover damages for alleged negligence, on the part of defendant, in the transportation of stock.

The case presented substantially the same question, and was decided upon authority of *Penn* v. *B. & E. R. R. Co.*, 49 N. Y., 204.

*Samuel Hand* for the appellant.

*N. C. Moak* for the respondent.

RAPALLO, J., reads for reversal and new trial.
All concur, except ANDREWS, J., not voting.
Judgment affirmed.